**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  93cr03154-02/RV

CARLOS DANGER

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on <u>January 4, 2006</u>

Motion/Pleadings: <u>Motion/Petitioner's Fed.R.Civ.P. Rule 60(b)(4)(5) to void judgment and remand for resentencing</u>

Filed by <u>Defendant</u>   on <u>12/23/05</u>   Doc.# <u>254</u>

RESPONSES:

<u>United States</u>   on <u>1/4/2006</u>   Doc.# <u>256</u>

_____   on _____   Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Jerry Marbut_

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* <u>5th</u> *day of* <u>January</u>*, 2006, that:*

*(a) The relief requested is DENIED.*

*(b)* <u>*This court has no jurisdiction to consider this motion.*</u>

/s/ *Roger Vinson*

***ROGER VINSON***
***Senior United States District Judge***